IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JOSEPH BRUMBY, JR., )
 )
      Plaintiff, pro se, )
 )
v. )
 ) 1:09CV144
DEUTSCHE BANK NATIONAL TRUST )
COMPANY, and SUBSTITUTE )
TRUSTEE SERVICES, INC., )
 )
      Defendants. )

**ORDER**

On February 17, 2010, in accordance with 28 U.S.C. § 636(b), the Recommendation of the United States Magistrate Judge was filed, and notice was served on Plaintiff.

Within the time limitation set forth in the statute, Plaintiff objected to the Recommendation (Doc. 43), and Defendant Substitute Trustee Services, Inc., filed a response (Doc. 44).

The court has reviewed the portions of the Magistrate Judge's report to which objection was made and has made a *de novo* determination, which is in accord with the Magistrate Judge's report. The court hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Defendants' motions to dismiss (Docs. 11, 12, 13, 20, and 34) are GRANTED and that this action be DISMISSED WITHOUT PREJUDICE. Defendant Deutsche Bank National Trust Company's motion to strike Plaintiff's first request for production of documents, requests for admissions, and written

interrogatories (Doc. 39) and Plaintiff's motion for entry of default as to Defendant Deutsche Bank National Trust Company (Doc. 16) are therefore rendered moot.

IT IS FURTHER ORDERED that Plaintiff's motion to enjoin the state court proceedings (Doc. 6) is DENIED.  A judgment dismissing this action will be entered contemporaneously with this Order.

/s/ Thomas D. Schroeder
United States District Judge

August 13, 2010